

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00005-CR

| | | |
|---|---|---|
| JESSICA MEINZER, Appellant | § | On Appeal from County Criminal Court No. 1 |
| | § | of Denton County (CR-2020-02630-A) |
| V. | § | March 14, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete "assault family violence" as the offense for which Meinzer was convicted and to substitute "assault on a family member–first offense" in its place. Additionally, the judgment is modified to reflect that the trial court made a separate family violence finding under Tex. Code Crim. Proc. Ann. art. 42.013. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth